

FILED
JAMES J. VILT, JR. - CLERK
NOV 03 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Rev. 10/10

# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

Cindy Mitchell
_____
_____

(Full name of the Plaintiff(s) in this action)

v.

Kenny [Wife]
_____
_____
_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 5:22-CV-151-BJB
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Cindy Mitchell

Place of Confinement: McCracken Co. Jail

Address: 400 Clarence Baines St.
Paducah KY 42003

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (_)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Kenny** is employed as **Owner** at **Deluxe Inn Motel**.

The Defendant is being sued in his/her (✓) individual and/or (__) official capacity.

(2) Defendant **GiGi** is employed as **Owner** at **Deluxe Inn Motel**

The Defendant is being sued in his/her (✓) individual and/or (__) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.  PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Kenny has Sexually harassed Me since 2019, trying to pay Me for oral sex I told him No serveral times. Then he started Promising Me Jobs IF I would sleep with him telling Me he would give Me Anything I wanted or any amount of Money I wanted. I said Kenny your Married He told Me he would divorce his wife and send her back to Indi I still said No then he would refuse to hire Me discrimination and bribery are against the law on July 1 2022. My last time staying at Deluxe INN Motel Kenny and his wife GiGi threw all My hygienes Meds Make up and clothes

4

### III. STATEMENT OF CLAIM(S) continued

totaling 1,789.00 in the dumpster and told Sally Michelson from the Community Kitchen he could not rent to me anymore for no reason other then I refused to sleep with him. Sexual harassment bribery discrimination and throwing all my personal belongings in the dumpster. I'm asking for $240,000 or 1,789.00 per week for the next 8 years.

IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

_____ award money damages in the amount of $ 240,000

_____ grant injunctive relief by _____

_____ award punitive damages in the amount of $ 1,789.00 per week for the next 8 years

_____ other: lose the business license

V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 4th day of October, 2022

Cindy Mitchell
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

Cindy Mitchell
(Signature)

6